**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **PEDRO BONILLA ANGAMARCA** | **CASE NO.  3:25-CV-01917 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MELLISSA B HARPER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Before the Court is a Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction [Doc. No. 3] filed by Petitioner, Pedro Bonilla Agamarca ("Petitioner").

**IT IS ORDERED** that Respondents file a response to the Motion for a TRO and Preliminary Injunction by Tuesday, December 23, 2025. The Petitioner may file a reply brief within fourteen (14) days after Respondent's response is filed.

**IT IS FURTHER ORDERED** that the parties shall apprise the Court of any imminent material changes to the Petitioner's circumstances that could affect this Court's jurisdiction, before they arise, insofar as practicable.

MONROE, LOUISIANA, this 2nd day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT