**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION**

| | |
|---|---|
| PEDRO BONILLA ANGAMARCA<br>*Petitioner,*<br><br>v.<br><br>MELLISSA B. HARPER, Et. Al.<br>*Respondents.* | Case No.   3:25-cv-1917 Sec. P |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Kevin L. Dixler for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

Applicant's Name:     Kevin Lawrence Dixler
Firm Name:               Law Office of Kevin L. Dixler
Address:                    542 S. Dearborn Street, Suite 590, Chicago, IL 60605
Telephone:                312-588-0500

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Petitioners in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Western District of Louisiana. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____December 3, 2025_____

_____
U.S. Magistrate Judge