UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PEDRO BONILLA ANGAMARCA              CASE NO.  3:25-CV-01917 SEC P

VERSUS                               JUDGE TERRY A. DOUGHTY

MELLISSA B HARPER ET AL              MAG. JUDGE KAYLA D.
                                     MCCLUSKY

## ORDER

Considering the foregoing Motion for Leave to File Excess Pages [Doc. No. 8] filed by Defendants[1],

**IT IS ORDERED** that the Motion is **GRANTED**.  The Clerk is requested to file the proposed pleadings and exhibits [Doc. Nos. 8-1 through 8-3] into the record of this matter.

MONROE, LOUISIANA, this 29th day of December, 2025.

_____
Terry A. Doughty
United States District Judge

---

[1] The Court observes that, although the Motion is styled as "Unopposed," it reflects that consent was requested but not obtained, as Defendants state that 'no reply was received.' [Doc. No. 8, p. 1].