**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**PEDRO BONILLA ANGAMARCA**        **CASE NO.  3:25-CV-01917 SEC P**

**VERSUS**        **JUDGE TERRY A. DOUGHTY**

**MELLISSA B HARPER ET AL**        **MAG. JUDGE KAYLA D. MCCLUSKY**

### ORDER

Considering the foregoing Unopposed Motion for Leave to File Excess Pages [Doc. No. 11] filed by Petitioner, Pedro Bonilla Angamarca,

**IT IS ORDERED** that the Motion is **GRANTED**.  The Clerk is requested to file the proposed pleadings and exhibits [Doc. Nos. 11-2 through 11-3] into the record of this matter.

MONROE, LOUISIANA, this 13th day of January, 2026.

_____
Terry A. Doughty
United States District Judge