**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

PEDRO BONILLA ANGAMARCA                 CIVIL ACTION NO. 25-1917

                                        SECTION P

VS.

                                        JUDGE TERRY A. DOUGHTY

MELLISSA B. HARPER, ET AL.              MAG. JUDGE KAYLA D. MCCLUSKY


## ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed by Petitioner Pedro Bonilla Angamarca. He seeks, *inter alia*, release from detention.

The presumptively reliable Online Detainee Locator System[1] returns zero matching records for Petitioner's name and country of birth. If Petitioner is no longer detained, the case is moot, and the Court lacks jurisdiction.

Accordingly, **IT IS ORDERED** that within **14 days** of the date of this Order, counsel for both parties shall notify the Court if Petitioner is detained and, if he is no longer detained, counsel shall take appropriate steps to dismiss the case.

In Chambers, Monroe, Louisiana, this 4th day of March, 2026.


_____
Kayla Dye McClusky
United States Magistrate Judge

---

[1] *See* https://locator.ice.gov/odls/#/results (last visited March 2, 2026).