# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **PEDRO BONILLA ANGAMARCA** | **CASE NO. 3:25-CV-01917 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MELLISSA B HARPER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT OF DISMISSAL

Considering the foregoing Voluntary Motion to Dismiss [Doc. No. 16],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**, and Petitioner's claims against Respondents are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 11th day of March 2026.

_____
Terry A. Doughty
United States District Judge